AO 458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ PUERTO RICO _____

UNITED STATES OF AMERICA,                    **APPEARANCE**


v.                                   CRIMINAL NUMBER: 99-198(PG)

DAVID PAGAN AVILA


To the Clerk of this court and all parties of record:

Enter my appearance as COUNSEL in this case for the United States of America.

Additionally it is respectfully requested that electronic notification to Assistant U.S. Attorney

Sonia Torres be terminated.


__May 4, 2006__
*Date*                                    /s/ Myriam Y. Fernández-González - Bar No. 218011
                                          *Signature*

                                          Myriam Y. Fernández-González_____
                                          *Print Name*

                                          350 Torre Chardón, Suite 1201_____
                                          *Address*

                                          San Juan, Puerto Rico 00918_____
                                          *City*

                                          (787) 766-5656_____
                                          *Phone Number*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date May 4, 2006, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will send  notification of such filing.

\s\ *Myriam Y. Fernández-González*
Myriam Y. Fernández-González - 218011
Assistant U.S. Attorney
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
Tel. (787) 766-5656
e-mail: myriam.fernandez@usdoj.gov