UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**DAVID PAGAN-AVILA A/K/A DAVID REYES-RIVERA**<br><br>Defendant. | **CRIM. NO. 03-99-CR-198-001(PG)** |

**UNITED STATES' RESPONSE IN U.S. PROBATION OFFICER'S MOTION REQUESTING WITHDRAWAL OF MOTION FILED ON APRIL 4, 2006**

COMES NOW the United States of America, by and through the undersigned attorneys, and very respectfully states and prays as follows:

1. The United States does not object to the U.S. Probation Office's request that its Motion for Arrest Warrant, filed on April 4, 2006, be withdrawn, nor to the request that defendant be released and allowed to participate in the State Witness Protection Program. *See* Docket No. 144.

WHEREFORE, the United States respectfully requests that the Honorable Court take notice of the aforementioned.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of February 2007.

ROSA EMILIA RODRIGUEZ-VELEZ
UNITED STATES ATTORNEY

/s/ Myriam Y. Fernandez-Gonzalez
Myriam Y. Fernández-González
A.U.S.A.
U.S.D.C. #218011
U.S. Attorney's Office
Torre Chardón, Suite 1201
# 350 Carlos Chardón Ave.
Hato Rey, P.R. 00918
Tel. (787) 766-5656

CERTIFICATE OF SERVICE

    IT HEREBY CERTIFY that on this same date, this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                                           /s/ Myriam Y. Fernandez-Gonzalez
                                                           Myriam Y. Fernández-González
                                                           Assistant U.S. Attorney