IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA *          CRIM NO. 99-0198 (PG)
PLAINTIFF.

                         *

                         *
V.
                         *

                         *

DAVID PAGAN AVILA
DEFENDANT.
* * * * * * * * * *

RECEIVED AND FILED
2007 FEB 14 PM 4:00
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

MOCION EN SOLICITUD DE SER PUESTO EN LIBERTAD.

AL HONORABLE TRIBUNAL

   Comparece el peticionario de epigrafe en forma Pro-Se y muy respetuosamente Expone, Alega y Solicita.

1. Que el aqui recurrente y peticionario es un confinado sentenciado y el mismo es mantenido recluido en las facilidades de la Institucion Federal M.D.C. Guaynabo P.O. BOX 2147, San Juan Puerto Rico 00922-2147.

2. Que el aqui peticionario de epigrafe lleva detenido desde el 2 de junio del 2006, he ingresado en la institucion 676 de Ponce, que luego de esto fui trasladado a la M.D.C. Guaynabo, el dia 26 de septiembre del 2006.

3. Que el aqui peticionario de epigrafe, hasta el momento llevo confinado nueve meses y en ningún momento he sido llevado ante ningún Honorable Tribunal Federal, no se me ha sido asignado ningún abogado e incluso no se me ha traido ningún documento indicandome ningún tipo de acusacion.

4. Que el aqui peticionario ha hablado con su oficial probatorio y el mismo me ha indicado que envio una mocion indicando que no me sea revocada la probatoria, por todo lo cual le suplico a Vuestro Honor ser puesto en libertad, para poder seguir sosteniendo a mi familia ya que he hablado con mi jefe y el mismo me indico a travez de mi esposa que mi plaza de trabajo esta esperando por mi, ya que no he perdido mi empleo ha pesar de estar confinado.

Por todo lo cual, el aqui peticionario de epigrafe muy respetuosamente le solicita a este Honorable Tribunal se sirva declarar HA LUGAR, la presente moción y cualquier otro procedimiento que en derecho proceda.

Muy respetuosamente sometida hoy 12 de febrero del 2007, en Guaynabo P.R.

*David Pagan Avila*
DAVID PAGAN AVILA
INMATE #17673-069
M.D.C. Guaynabo
P.O. BOX 2147
SAN JUAN PUERTO RICO
00922-2147