IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA,

vs.                                    CASE NO.: 3:99-CR-198-01(PG)

DAVID PAGAN-AVILA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**INFORMATIVE MOTION**

TO THE HONORABLE JUAN M. PEREZ-GIMENEZ
SENIOR, U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO:

**COMES NOW,** Jeffrey Semidey-Acosta, U.S. Probation Officer of this Honorable Court, and respectfully informs that on October 30, 2007, Mr. Pagán-Avila was murdered in Gurabo, Puerto Rico. He was serving a supervised release term of eight (8) years at the time of his death.

**WHEREFORE**, the undersigned respectfully is notifies the Court that this case is being closed.

In San Juan, Puerto Rico, this 19th day of March 2008.

Respectfully submitted,

S/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Building, Room 400
150 Carlos Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-771-3631
Fax 787-766-5945
E mail: jeffrey_semidey@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which send notification of such filing to the following: Myriam Y. Fernández-González, Assistant U.S. Attorney and Robert Millán, Esq.

At San Juan, Puerto Rico, this 19th day of March 2008

S/Jeffrey Semidey
Jeffrey Semidey
U.S. Probation Officer
Federal Office Building, Room 400
150 Carlos Chardón Avenue
San Juan, P.R. 00918-1741
Tel. 787-771-3631
Fax 787-766-5945
E mail: jeffrey_semidey@prp.uscourts.gov